# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| ESTATE OF EDMUND D. SIMON, ESTATE OF MARJORIE P. SIMON, ESTATE OF ETHEL SIMON, AND PATRICIA SIMON | :    No. 12 EM 2023 <br> : <br> : <br> : <br> : <br> : |
| v. | : <br> : <br> : |
| CITY OF PHILADELPHIA AND FAIRMOUNT PARK, SUMMIT PARK EAST GENERAL PARTNERSHIP, AND UNIVERSITY CITY HOUSING COMPANY | : <br> : <br> : <br> : <br> : |
| PETITION OF: AISHA BRADLEY | : <br> : |
| ESTATE OF EDMUND D. SIMON, ESTATE OF MARJORIE P. SIMON, ESTATE OF ETHEL SIMON, AND PATRICIA SIMON | : <br> : <br> : <br> : |
| v. | : <br> : <br> : |
| CITY OF PHILADELPHIA AND FAIRMOUNT PARK, SUMMIT PARK EAST GENERAL PARTNERSHIP, AND UNIVERSITY CITY HOUSING COMPANY | : <br> : <br> : <br> : |
| PETITION OF: AISHA BRADLEY AND PATRICIA SIMON | : <br> : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 1st day of June, 2023, the "Application to Exceed the Word Count"

and the "Application for Leave to File an Amendment Application for Relief to Exceed the

Word Count" are DENIED.  Aisha Bradley is allotted 15 days in which to file a compliant Petition for Allowance of Appeal.  No extensions will be granted absent exceptional circumstances.